1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4  AUDREY B. HEMESATH (CABN 212757)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7031
7       Audrey.hemesath@usdoj.gov

8  Attorneys for Respondents

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12
   OMAR AMEEN,                          ) CASE NO. 3:22-CV-0140 WHO
13                                      )
         Petitioner,                    )
14                                      ) **JOINT STIPULATION AND [PROPOSED]**
      v.                                ) **ORDER TO CONTINUE HEARING DATE**
15                                      )
   MERRICK GARLAND, et al.,             )
16                                      )
         Respondents.                   )
17  _____)

18
         Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request
19
   that the Court continue the Hearing on the government's motion to dismiss currently set for April 6,
20
   2022, *see* ECF No. 25.  The parties request a special setting on April 8, 2022, at 2:00 p.m., or as soon
21
   thereafter as the Court may be available, including but not limited to April 13, 2022 at 2:00 p.m.
22
         The parties request this change because, as set forth in the attached declaration of counsel,
23
   counsel for the government is scheduled to be in a criminal jury trial on April 6, 2022, and therefore
24
   unavailable.
25
         This is the parties' first joint request to modify the schedule in this case.  *See* Declaration of
26
   Audrey Hemesath ¶ 3.  The requested modification will impact the submission of the matter to the Court
27
   following argument but will not affect any other deadlines as none remain.  Hemesath Decl. ¶ 4.
28

| | |
|---|---|
| DATED: March 22, 2022 | Respectfully submitted, |
| */s/ Ilyce Shugall*[1]<br>ILYCE SHUGALL<br>Counsel for Petitioner | STEPHANIE M. HINDS<br>United States Attorney<br><br>*/s/ Adrienne Zack*<br>ADRIENNE ZACK<br>Assistant United States Attorney<br>Attorneys for Respondents |

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The Hearing on the Motion to Dismiss is continued until ~~April 8, 2022~~ April 13, 2022, at 2:00 p.m.

DATED:  March 23, 2022

_____
THE HON. WILLIAM H. ORRICK
United States District Judge

---

[1] *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*