UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ABDULSATTAR AMEEN,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JENNINGS, et al.,<br><br>Defendants. | Case No. 22-cv-00140-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in Petitioner's Writ for Habeas Corpus in accordance with the Court's April 19, 2022, Order.

**IT IS SO ORDERED.**

Dated: April 22, 2022



William H. Orrick
United States District Judge