1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2  MICHELLE LO (NYBN 4325163)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4  AUDREY B. HEMESATH (CABN 212757)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7031
7       Facsimile: (415) 436-6748
        adrienne.zack@usdoj.gov
8
   Attorneys for Respondents
9

10                  UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13 OMAR AMEEN,                          )
                                        ) Case No. 3:22-cv-140-WHO
14     Petitioner,                      )
     v.                                 ) **JOINT STIPULATION AND REQUEST TO**
15 MERRICK GARLAND, et al.,             ) **SPECIALLY SET HEARING DATE;**
                                        ) **[PROPOSED] ORDER**
16     Respondents.                     )
                                        )
17

18     Pursuant to Civil Local Rules 6-2 and 7-12, the parties to this action hereby stipulate and request

19 that the Court set the hearing regarding Petitioner's motion to enforce, ECF No. 34, to a specially set

20 hearing on Thursday, July 21, 2022.

21     The parties request this change because counsel for Plaintiff is unavailable due to another court

22 appearance on the Court's regularly scheduled civil motion day (July 20, 2022), because counsel for

23 Respondents is out of the office on previously planned leave from July 8 to July 19, and July 22, 2022,

24 and because the Court is unavailable from July 25, 2022, to August 19, 2022. *See* Declaration of

25 Adrienne Zack ¶¶ 2-5.

26     This is the parties' second request for a time modification in this matter. *See* Zack Decl. ¶ 6.

27 The first was to continue the hearing date regarding the petition and Respondents' motion to dismiss.

28

JT. STIP. TO SPECIALLY SET HRG FOR MOT. TO ENFORCE AND ORDER
3:22-CV-140-WHO
                                        1

*See* ECF No. 26.  The requested modification will not impact the schedule for the case because there are no other deadlines in this matter.

Dated:  June 15, 2022                              Respectfully submitted,

                                                       STEPHANIE M. HINDS
                                                       United States Attorney

                                                       */s/ Adrienne Zack*
                                                       ADRIENNE ZACK
                                                       Assistant United States Attorney

                                                       Attorneys for Respondents

Dated:  June 15, 2022                              */s/ Nicole Hallett*[1]
                                                       NICOLE HALLETT
                                                       Attorney for Petitioner

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The hearing on Petitioner's motion to enforce is set for July 21, 2022, at 10:00 a.m. by Zoom videoconference.

Dated: June 15, 2022

                                                       THE HON. WILLIAM H. ORRICK
                                                       United States District Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), I, Adrienne Zack, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.